UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | |
| Juliana Lots | : | Case No.: 15-03723 |
| | : | Chapter 7 |
| Debtor. | : | Judge Eugene R. Wedoff |
| | : | * * * * * * * * * * * * * * * * * * * * * |
| | : | |

## NOTICE OF MOTION

**Notified via Electronic Filing**

U.S. Trustee
Patrick S. Layng
Office of the United States Trustee, Region 11
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Allan J. DeMars
Spiegel & DeMars
19 S. LaSalle St. Suite 902
Chicago, IL 60603

Alexey Y Kaplan
Attorney for Juliana Lots
Kaplan Law Offices P C
950 Skokie Blvd. Suite 310
Northbrook, IL 60062
alex@alexkaplanlegal.com

**Notified via US Postal Service**

Juliana Lots
934 E. Glenwood Road
Glenview, IL 60025

Juliana Lots
650 W Wayman Street #504C
Chicago, IL 60661
15-004392_SLT

Kovitz Shifrin Nesbit
750 Lake Cook road, Ste. 350
Buffalo Grove, IL  60089

Trio Garage Park Condo Assoc.
1200 N. Ashland Ave., Ste. 550
Chicago, IL  60622

Please take notice that on April 22, 2015, at 9:30AM, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Eugene R. Wedoff, 219 South Dearborn, 744, Chicago, IL, 60604 or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion.  At that time and place you may attend if you so choose.

## AFFIDAVIT OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached motion upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 1400 Goodale Blvd, Grandview Heights, OH 43212, on the 3rd day of April, 2015, unless a copy was provided electronically by the Clerk of the Court.

Date  April 3, 2015                              /s/ Shara C. Cornell
                                                 Signature

15-004392_SLT

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Motion for Relief from the Automatic Stay (First Mortgage) was served on the parties listed below via e-mail notification:

| | |
|---|---|
| U.S. Trustee<br>Patrick S. Layng<br>Office of the United States Trustee,<br>Region 11<br>219 S. Dearborn Street<br>Room 873<br>Chicago, IL 60604 | Alexey Y Kaplan<br>Attorney for Juliana Lots<br>Kaplan Law Offices P C<br>950 Skokie Blvd. Suite 310<br>Northbrook, IL 60062<br>alex@alexkaplanlegal.com |
| Allan J. DeMars<br>Spiegel & DeMars<br>19 S. LaSalle St.<br>Suite 902<br>Chicago, IL 60603 | |

The below listed parties were served via regular U.S. Mail, postage prepaid, from 1400 Goodale Blvd, Grandview Heights, OH 43212, on April 3, 2015:

| | |
|---|---|
| Juliana Lots<br>934 E. Glenwood Road<br>Glenview, IL 60025 | Kovitz Shifrin Nesbit<br>750 Lake Cook road, Ste. 350<br>Buffalo Grove, IL 60089 |
| Juliana Lots<br>650 W Wayman Street #504C<br>Chicago, IL 60661 | Trio Garage Park Condo Assoc.<br>1200 N. Ashland Ave., Ste. 550<br>Chicago, IL 60622 |

/s/ Shara C. Cornell

15-004392_SLT

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | : | |
|---|---|---|
| In re: | : | |
| | : | |
| Juliana Lots | : | Case No.: 15-03723 |
| | : | Chapter 7 |
| Debtor. | : | Judge Eugene R. Wedoff |
| | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY (FIRST MORTGAGE)

The creditor, U.S. Bank Trust, N.A., as Trustee for VOLT NPL IX Asset Holdings Trust, hereby moves the Court, pursuant to 11 U.S.C. § 362(d) to lift the automatic stay from the estate the following real property:

650 W Wayman Street #504C, Chicago, IL 60661 (hereinafter the "Property").

In support of the motion, the Creditor states the following:

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334 and General Rule 2.33 of the United States District Court for the Northern District of Illinois. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of this case and this Motion are proper under 28 U.S.C. § 1408 and 1409.

2. Juliana Lots (hereinafter "Debtor") filed a Chapter 7 case on February 4, 2015 (hereinafter the "Petition Date").

3. As of the Petition Date, the Creditor was the holder of a claim secured by the Property, more particularly described in the Mortgage, a copy of which is attached as Exhibit "A".

15-004392_SLT

4. The above described Mortgage was given to secure a promissory note (hereinafter the "Note"), dated December 21, 2007 and made payable to the Creditor in the original sum of $291,299.00. A copy of the Note is attached hereto as Exhibit "B".

5. The Creditor perfected an interest in the Property, more particularly described in the Mortgage, recorded in Cook County Recordings Office on January 15, 2008. Evidence of perfection is attached as Exhibit "A".

6. As of March 11, 2015, the outstanding principal of the Note was $286,165.48 and the outstanding interest was $104,790.83.

7. The Property is burdensome and/or of inconsequential value and benefit to the estate. Cause exists to lift the automatic stay under 11 U.S.C. § 362(d)(1) and/or 362(d)(2) for these reasons:

   a. Debtor has no equity in the Property. Creditor believes that the Property has a value of $250,000.00 based on the Debtor's Schedule A, which is attached hereto as Exhibit "C". The balance on Creditor's first mortgage exceeds the value of the Property. Based upon the lack of equity in the Property, Creditor asserts that the Property is burdensome and/or of inconsequential value and benefit to the estate.

   b. Debtor intends to surrender the Property located at 650 W Wayman St 504C, Chicago, IL 60661 according to the Statement of Intent filed.

WHEREFORE, Creditor prays for an Order Terminating the Automatic Stay of 11 U.S.C. § 362 of the Bankruptcy Code as to the Creditor and its principal, successors, heirs and assigns with respect to the subject property located at 650 W Wayman St 504C, Chicago, IL 60661. Additionally, Creditor requests the Fed.R.Bankr.P. 4001(a)(3) be waived so that the Order Terminating the Automatic Stay have immediate effect.

Respectfully submitted,

/s/ Shara C. Cornell
Shara C. Cornell (02118-2011)

15-004392_SLT

Sarah E. Willms (28840-64)
Stacey A. O'Stafy (0070386)
Keith Levy (6279243)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is
Shara C. Cornell.
Contact email is sccornell@manleydeas.com

15-004392_SLT

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from the Automatic Stay (First Mortgage) was served on the parties listed below via e-mail notification:

| | |
|---|---|
| U.S. Trustee<br>Patrick S. Layng<br>Office of the United States Trustee,<br>Region 11<br>219 S. Dearborn Street<br>Room 873<br>Chicago, IL 60604 | Alexey Y Kaplan<br>Attorney for Juliana Lots<br>Kaplan Law Offices P C<br>950 Skokie Blvd. Suite 310<br>Northbrook, IL 60062<br>alex@alexkaplanlegal.com |
| Allan J. DeMars<br>Spiegel & DeMars<br>19 S. LaSalle St.<br>Suite 902<br>Chicago, IL 60603 | |

The below listed parties were served via regular U.S. Mail, postage prepaid, from 1400 Goodale Blvd, Grandview Heights, OH 43212, on April 3, 2015:

| | |
|---|---|
| Juliana Lots<br>934 E. Glenwood Road<br>Glenview, IL 60025 | Kovitz Shifrin Nesbit<br>750 Lake Cook road, Ste. 350<br>Buffalo Grove, IL 60089 |
| Juliana Lots<br>650 W Wayman Street #504C<br>Chicago, IL 60661 | Trio Garage Park Condo Assoc.<br>1200 N. Ashland Ave., Ste. 550<br>Chicago, IL 60622 |

/s/ Shara C. Cornell

15-004392_SLT