# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) _____ Case No. _____ Chapter _____

All Cases: Moving Creditor _____ Date Case Filed _____

Nature of Relief Sought: ☐ Lift Stay     ☐ Annul Stay     ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
         ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1.     Collateral
   a.     ☐ Home
   b.     ☐ Car   Year, Make, and Model _____
   c.     ☐ Other (describe)_____

2.     Balance Owed as of Petition Date   $ _____
       Total of all other Liens against Collateral $_____

3.     In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4.     Estimated Value of Collateral (must be supplied in *all* cases)   $ _____

5.     Default
   a.     ☐ Pre-Petition Default
         Number of months _____       Amount $ _____

   b.     ☐ Post-Petition Default
         i.     ☐ On direct payments to the moving creditor
            Number of months _____       Amount $ _____

         ii.     ☐ On payments to the Standing Chapter 13 Trustee
            Number of months _____       Amount $ _____

6.     Other Allegations
   a.     ☐ Lack of Adequate Protection § 362(d)(1)
         i.     ☐ No insurance
         ii.     ☐ Taxes unpaid       Amount $ _____
         iii.     ☐ Rapidly depreciating asset
         iv.     ☐ Other (describe) _____

   b.     ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c.     ☐ Other "Cause" § 362(d)(1)
         i.     ☐ Bad Faith (describe)_____
         ii.     ☐ Multiple Filings
         iii.     ☐ Other (describe) _____

   d.     Debtor's Statement of Intention regarding the Collateral
         i. ☐ Reaffirm    ii ☐ Redeem    iii. ☐ Surrender    iv. ☐ No Statement of Intention Filed

Date: _____       _____
                                                 Counsel for Movant