UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 15-03723 |
| Juliana Lots | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Eugene Wedoff |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ON CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY
### (FIRST MORTGAGE)

This matter is before the Court on the Motion for Relief from Automatic Stay by U.S. Bank Trust, N.A., as Trustee for VOLT NPL IX Asset Holdings Trust (hereinafter "Movant").

The automatic stay is modified to permit Movant to enforce its rights against the property described as 650 W Wayman St 504C, Chicago, IL 60661 pursuant to the terms and conditions of contract and applicable nonbankruptcy law.

Pursuant to 11 U.S.C. § 362 it is ORDERED that the motion is granted. The fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a)(3) is waived.

Enter: *[signature]*

Honorable Eugene R. Wedoff
Dated: April 22, 2015                United States Bankruptcy Judge

**Prepared by:**

Shara C. Cornell (02118-2011)
Sarah E. Willms (28840-64)
Stacey A. O'Stafy (0070386)
Keith Levy (6279243)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Shara C. Cornell.
Contact email is sccornell@manleydeas.com