UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 15-03723
JULIANA LOTS )
) Chapter: 7
) Honorable Eugene Wedoff
)
)
Debtor(s) )

## ORDER TO AVOID LIEN ON REAL PROPERTY

THIS MATTER comes before this Court on Debtor, JULIANA LOTS' Motion to Avoid Lien on Real Property, due notice given to interested parties, the Court fully advised on the premises,

IT IS HEREBY ORDERED:

The Judgment Lien in favor of Unifund CCR Partners, Inc. and against Debtor, pursuant to a Judgment in case number 13-M1-137900, and a Memorandum of Judgment recorded 13 May 2014 as Document Number 1413341233 in Cook County, Illinois is hereby avoided, null and void as to the real estate commonly known as 934 E. Glenwood Road, Glenview, Illinois 60025.

Enter: /s/ Eugene R. Wedoff

Honorable Eugene R. Wedoff
Dated: May 06, 2015                United States Bankruptcy Judge

**Prepared by:**

Alex Kaplan, Atty No. 6272494
Kaplan Law Offices, P.C.
3400 Dundee Road, Ste. 150
Northbrook, Illinois 60062
(847) 509-9800
alex@alexkaplanlegal.com